IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  09-cv-00523-PAB-KLM

MELCO INDUSTRIES, INC.,
a Colorado corporation d/b/a Melco Embroidery Systems,,

    Plaintiff,

v.

JOHN ELLIOTT,
d/b/a Southwest Designs, a/k/a Oklahoma Designs and Equipment,

    Defendant.

**ORDER**

    This Court held a hearing on plaintiff's Motion for Default Judgment on August 20, 2009.  It appears from the records in the above-titled action that defendant John Elliott was properly served with the Summons, Complaint and Motion for Default in this matter.  It further appears from the Declaration of Ann Marie Byers filed May 14, 2009, and other evidence as required by Fed. R. Civ. P. 55(b)(1) and the Servicemember's Civil Relief Act of 2003 (codified at 50 App. U.S.C. § 521), that the defendant is not on active military duty and has failed to plead or otherwise appear in this action as provided in the Federal Rules of Civil Procedure.  A default was entered in this matter on May 19, 2009 against John Elliott, d/b/a Southwest Designs, a/k/a Oklahoma Designs and Equipment [Docket No. 14].

    The Court finds that the plaintiff's Motion for Default Judgment should be granted and finds that an award of $30,000 for infringement of each of the two copyrighted

works referred to in paragraph 15 of the Complaint is appropriate under 17 U.S.C. § 504(c)(1) in order to compensate plaintiff and in order to sanction defendant for his conduct in infringing plaintiff's copyrighted works.

The Court also finds that plaintiff's request for attorney's fees is appropriate, given that the attorney's fees are reasonable, the attorney time is not duplicative, and entry of an award of attorney's fees and costs is appropriate both to compensate the plaintiff for the need to enforce its copyright protections but also to deter the defendant from any violations of plaintiff's copyrights in the future.  The Court, having reviewed plaintiff's Motion for Default Judgment and being otherwise fully informed,

ORDERS as follows:

1. Plaintiff's Motion for Default Judgment [Docket No. 17] is granted in part and denied in part.

2. For infringement of the two copyrighted works referred to in paragraph 15 of the Complaint and which are the subject of the First Claim for Relief, defendant shall pay to plaintiff damages in the amount of $30,000 for each work, for a total of $60,000.

3. Defendant shall further pay plaintiff's reasonable costs and fees associated with this matter, including reasonable attorney fees in the amount of $18,250.00 (attorney fees) and $3,160.45 (costs associated with legal services) for a total of $21,410.45.

4. Plaintiff's request for entry of a permanent injunction against defendant is denied.

5. Default judgment against John Elliott, d/b/a Southwest Designs, a/k/a Oklahoma Designs and Equipment, is hereby entered, and this civil action is hereby closed.

DATED August 21, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge